UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> JAMES EDWARD MARLETT, </br> </br> Defendant. | MAGISTRATE CASE NO.:  '23 MJ2652 </br> </br> COMPLAINT FOR VIOLATION OF: </br> Title 18, U.S.C. §2422(b) – Attempted Enticement of Minor; |

The undersigned Complainant, being duly sworn, states:

Count One

On or between July 19, 2023 through July 20, 2023, within the Southern District of California, defendant JAMES EDWARD MARLETT, using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly attempt to persuade, induce, entice, and coerce, an individual whom he believed was under the age of 18 to engage in unlawful sexual activity for which a person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

//
//
//

1

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Steven Anderson*

Steven Anderson
Task Force Officer
San Diego Human Trafficking Task Force

Sworn to me and subscribed in my presence this 21st day of July, 2023.

_____
MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On July 19, 2023, an Undercover Investigator (UC) with the San Diego Internet Crimes Against Children (ICAC) Task Force, posted an advertisement on Craigslist[1]. The title of the advertisement said, "NEW cellphone (National City)". The body of the advertisement stated, "help me get a new phone my parents wont……. Willing to "work" for it IYKYK". "IYKYK" is an acronym that stands for "If you know you know".

Subject, JAMES EDWARD MARLETT (MARLETT), responded to the post via Gmail asking, "What kind of "WORK" are you willing to do?" He asked her if she was a female, and if she was into "sexual favors".  The UC continued to communicate with MARLETT on Gmail. The UC told MARLETT she was thirteen years old, and MARLETT asked her if she was a virgin.  He also told the UC he had erectile disfunction and the only thing he could do was eat her "juicy wet kitty". MARLETT wanted to know more about her past sexual experiences and asked for a picture of her. The UC sent MARLETT the phone number and they began communicating via the Apple iMessage service.  Once MARLETT and the UC began texting, he moved the conversation immediately to a sexual nature and said, "and you would be okay with my tongue going inside of you?" The UC asked him

---

[1] An internet-based website used for viewing and posting local advertisements. It works like the classified section of a newspaper.

"inside where" MARLETT replied, "Down there, your sweet juicy wet p---y". He continued asking her about past sexual experiences and wanted to know if she had orgasms or masturbated. As MARLETT described how he wanted to perform oral copulation on her, the UC disclosed to him she was actually twelve years old. MARLETT disclosed he was seventy-four years old.  They continued communicating in a sexual manner, and MARLETT told the UC the youngest person he had been with was a fourteen-year-old, when he was eighteen years old.  They continued texting, and MARLETT offered to give her an iPhone 5 and continuous meetings in the future.  MARLETT proposed meeting the UC for oral copulation the next day, and they concluded their chats for the night.

On July 20, 2023, the UC and MARLETT continued texting. MARLETT offered to pick up the UC at Chick-Fil-A in National City for the previously discussed sexual favors in exchange for an iPhone and her dirty underwear. He asked if she could wear her underwear "camel toe style" and asked her if she had a lot of discharge. MARLETT sent the UC a picture of his vehicle, a 2019 Audi convertible (California License Plate 9BQK351) and told her he would be there at 1430 hours.

Records check through law enforcement databases confirmed MARLETT's identifying information and revealed his name was JAMES EDWARD MARLETT, a California driver's license number, and listed MARLETT's residence as the same

4

address at which the above-described 2019 Audio convertible vehicle was registered.

On July 20, 2023, MARLETT was stopped by National City Patrol Units as he parked his vehicle at the Chick-Fil-A parking lot located at 400 Mile of Cars Way, National City, Ca. 91950. Inside of MARLETT's left front pants pocket, was a white iPhone with a black case, (SKU: CLNRAPLXS64S-DPC, H/M/D 357201097250230).

During a post-Miranda interview, MARLETT admitted to the interaction with the UC posing as a twelve-year-old on Craigslist, then over email, and text messages. MARLETT used his true phone number while communicating with the UC. MARLETT acknowledged the fact that he was meeting a twelve-year-old for oral copulation. MARLETT also admitted to agreeing to exchange an iPhone 5 for a pair of the twelve-year old's dirty underwear. Upon his arrest, an iPhone 5 was discovered in his vehicle after a consent search. MARLETT also consented to a search of his cellphone where the messages between MARLETT and the UC were located.